## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **ARES JOSEPH RATTRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.  1:20-cv-00429-GZS |
| | ) |
| **ALLISON WILLETTE, et al.,** | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 7) filed February 4, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to assert a negligence claim in state court.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 2nd day of March, 2021.